IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED

MAY 30 2012

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| MARY HOWARD-BAIRD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-12-410-W |
| ) | |
| TAKHAR COLLECTION SERVICES, ) | |
| LTD., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 17, 2012, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this matter, and having determined that plaintiff Mary Howard-Baird had sufficient funds to prepay the filing fee, recommended that the Court deny Howard-Baird's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2].

Howard-Baird was advised of her right to contest Magistrate Judge Roberts' findings and conclusions. No objections have been filed within the allotted time.

Upon review, the Court

(1) ADOPTS the Report and Recommendation [Doc. 4] filed on April 17, 2012;

(2) DENIES Howard-Baird's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2] filed on April 16, 2012;

(3) DIRECTS Howard-Baird to pay the filing fee in the full amount of $350.00 to the Clerk of the Court on or before June 13, 2012;

(4) ADVISES Howard-Baird that her failure to pay the filing fee in the full amount by such date or her failure seek an extension of that deadline by showing good cause will

result in dismissal of this matter without prejudice; and

(5) DIRECTS the Clerk of the Court to mail a copy of this Order to Howard-Baird and to show proof of the same on the docket.

ENTERED this 30th day of May, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE