FILED

IN THE UNITED STATES DISTRICT COURT FOR

MAY 3 0 2012

THE WESTERN DISTRICT OF OKLAHOMA

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _Wilk_ DEPUTY

MARY HOWARD-BAIRD,                      )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )        No. CIV-12-410-W
                                        )
TAKHAR COLLECTION SERVICES,             )
LTD., et al.,                           )
                                        )
            Defendants.                 )

## ORDER

On April 17, 2012, United States Magistrate Judge Bana Roberts issued a Report

and Recommendation in this matter, and having determined that plaintiff Mary Howard-

Baird had sufficient funds to prepay the filing fee, recommended that the Court deny

Howard-Baird's Application to Proceed in District Court Without Prepaying Fees or Costs

[Doc. 2].

Howard-Baird was advised of her right to contest Magistrate Judge Roberts' findings

and conclusions. No objections have been filed within the allotted time.

Upon review, the Court

(1) ADOPTS the Report and Recommendation [Doc. 4] filed on April 17, 2012;

(2) DENIES Howard-Baird's Application to Proceed in District Court Without

Prepaying Fees or Costs [Doc. 2] filed on April 16, 2012;

(3) DIRECTS Howard-Baird to pay the filing fee in the full amount of $350.00 to the

Clerk of the Court on or before June 13, 2012;

(4) ADVISES Howard-Baird that her failure to pay the filing fee in the full amount by

such date or her failure seek an extension of that deadline by showing good cause will

result in dismissal of this matter without prejudice; and

(5) DIRECTS the Clerk of the Court to mail a copy of this Order to Howard-Baird and

to show proof of the same on the docket.

ENTERED this _30th_ day of May, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE